UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>Plaintiff<br><br>v.<br><br>DENIS J. DUFOUR AND ROBIN L. DUFOUR A/K/A ROBIN LYN ARRIS<br><br>Defendants<br>ROBIN L. DUFOUR A/K/A ROBIN LYN ARRIS<br><br>Party-In-Interest | 02:19-cv-00331-LEW |

## JUDGMENT OF FORECLOSURE AND SALE

**Address:  134 Bartlett Street, Lewiston, ME 04240**
**Mortgage:  February 22, 2008, Book: 7373, Page:94**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on November 15, 2019.  Plaintiff, Federal National Mortgage Association, was present and represented by John A. Doonan, Esq.  Defendants, Denis J. Dufour and Robin L. Dufour a/k/a Robin Lyn Arris, did not appear; Party-In-Interest, Robin L. Dufour a/k/a Robin Lyn Arris did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED.  Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.  **JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay Federal National Mortgage Association

("FNMA') the amount adjudged due and owing ($138,556.30) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.S. § 6322, FNMA shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.  The following is a breakdown of the amount due and owing:

| Description | Amount |
| --- | --- |
| Unpaid Principal Balance | $106,091.74 |
| Interest | $13,010.08 |
| MIP/PMI Advances | $7,429.06 |
| Escrow Advances | $12,025.42 |
| **Grand Total** | **$138,556.30** |

2. If the Defendants or their heirs or assigns do not pay FNMA the amount adjudged due and owing ($138,556.30) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Lewiston Property shall terminate, FNMA shall conduct a public sale of the Lewiston Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $138,556.30 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324.  FNMA may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $138,556.30.

5. The priority of interests is as follows:

    ● Federal National Mortgage Association has first priority, in the amount of $138,556.30, pursuant to the subject Note and Mortgage.

    ● Robin L. Dufour a/k/a Robin Lyn Arris, who has been defaulted.

    ● Denis J. Dufour and Robin L. Dufour a/k/a Robin Lyn Arris, who have been defaulted.

6. The prejudgment interest rate is 6.12500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. This Judgment has no affect on the Notice of Layout and Taking by the State of Maine dated August 17, 2017, and recorded at the Androscoggin Registry of Deeds in Book 9679, Page 233.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Federal National Mortgage Association | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Robin L. Dufour a/k/a Robin Lyn Arris<br>41 Riverside Drive<br>Mechanic Falls, ME 04256 | NA |
|  | Denis J. Dufour<br>41 Riverside Drive<br>Mechanic Falls, ME 04256 | NA |

| | | |
|---|---|---|
| PARTY-IN-INTEREST | Robin L. Dufour a/k/a<br>Robin Lyn Arris<br>41 Riverside Drive<br>Mechanic Falls, ME 04256 | NA |

a) The docket number of this case is No. 02:19-cv-00331-LEW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 134 Bartlett Street, Lewiston, ME 04240, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 134 Bartlett Street, Lewiston, ME 04240. The Mortgage was executed by the Defendants on February 22, 2008. The book and page number of the Mortgage in the Androscoggin County Registry of Deeds is Book 7373, Page 94.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 134 Bartlett Street, Lewiston, ME 04240.

**SO ORDERED**

Dated this 18th day of November, 2019.

/s/ Lance E. Walker
United States District Court